**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Angela Zietz, | ) | |
| | ) | Case No. 4:07-mj-063-02 |
| Defendant. | ) | |

_____

The court **GRANTS** the Government's Motion to Dismiss Complaint as to Defendant Angela Zietz (Docket No. 16) and **ORDERS** that the complaint against Ms. Zeitz be dismissed.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2007.

/s/ Charles S. Miller, Jr
Charles S. Miller, Jr.
United States Magistrate Judge